```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  5/26/2024
            CENTRAL DISTRICT OF CALIFORNIA
            BY:      CDO       DEPUTY
```

FINDING RE PROBABLE CAUSE

2:24-mj-03086-DUTY

On  5/26/2024 , at  11:34 am  a/p.m., Agent Erwin M. Benedicto of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant ANDRE ADRIAN MCKENZIE, occurring on May 24, 2024, at Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ **x** / It is ordered that defendants ANDRE ADRIAN MCKENZIE be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendants ANDRE ADRIAN MCKENZIE be discharged from custody on this charge forthwith.

DATED:  5/26/2024 , at  11:34 am  a.m./p.m.

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE